# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:10-CV-167-DCK

| | |
|---|---|
| KENNETH S. WILLIAMS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BIMBO FOODS BAKERIES DISTRIBUTION, )<br>INC. f/k/a GEORGE WESTON BAKERIES )<br>DISTRIBUTION, INC., )<br>)<br>Defendant. )<br>_____ ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the schedule and status of this case. The parties have notified the undersigned's chambers that they reached a settlement agreement on August 1, 2011. The Court commends the parties and their counsel for their efforts in resolving this matter.

**IT IS THEREFORE ORDERED** that the hearing scheduled for August 3, 2011 is **CANCELLED**.

**IT IS FURTHER ORDERED** that "Defendant Bimbo Foods Bakeries Distribution, Inc.'s Emergency Motion To Quash Third Party Subpoenas" (Document No. 28) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **August 30, 2011**.

**SO ORDERED**.

Signed: August 2, 2011

David C. Keesler
United States Magistrate Judge