FILED
CHARLOTTE, NC

SEP 0 4 2013

US District Court
Western District of NC

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# CRIMINAL CASE NO. 3:10cv167

Kenneth Scott Williams,

    Plaintiff,

V

Bimbo Foods Bakeries Distribution, Inc.,

    Defendant.

## ORDER

This matter is before the Clerk for purposes of returning the bond on deposit with the Clerk. Plaintiff posted a $1,000.00 bond with the Clerk on May 18, 2010, in accordance with the court's order [entry #18].

The case was closed on September 20, 2011, and an audit of the court's deposit fund reflected that the bond was not returned.

Therefore, the $1000.00 cash bond deposited by Plaintiff is to be returned to John R. Buric, plaintiff's counsel of record in this case.

So Ordered, this 4th day of September, 2013.

Signed: September 4, 2013